**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA, for use and
benefit of FITE ELECTRIC CO., INC.**                                    **PLAINTIFF**

**v.**                                    **4:08-CV-00638-WRW**

**PATTON CONTRACTORS, INC.,** *et al*                                    **DEFENDANTS**

## <u>ORDER</u>

Pending is the parties' Joint Motion to Dismiss (Doc. No. 10) due to settlement.

Accordingly, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of January, 2009.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE